UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PRIORITY HEALTHCARE DISTRIBUTION )
INC., D/B/A CURASCRIPT SD SPECIALTY )
DISTRIBUTION, )
                                                      )
      Plaintiff, )
                                                      )    Case No. 4:09-CV-00371-HEA
v. )
                                                      )
CENTRAL CAROLINA SURGICAL EYE )
ASSOCIATES, P.A., D/B/A )
SOUTHEASTERN EYE CENTER, )
                                                      )
      Defendant, )
                                                      )
v. )
                                                      )
GENENTECH, INC., )
                                                      )
      Third-Party Defendant.

## CONSENT FINAL JUDGMENT

Upon agreement between Plaintiff, Priority Healthcare Distribution, Inc., d/b/a CuraScript SD Specialty Distribution ("PHD"), and Defendant, Central Carolina Surgical Eye Associates, P.A. d/b/a Southeastern Eye Center ("Central Carolina"), as evidenced by the signature of their respective counsel below, and with the Court having been advised that Central Carolina, in response to PHD's Complaint filed in this action, consents to a final judgment being entered against it upon the terms outlined below, it is therefore

**ORDERED, ADJUDGED AND DECREED** that PHD is awarded a final judgment against Central Carolina and that PHD recover from Central Carolina the amount of $501,000.00.

SLC-3451107-1

It is further **ORDERED, ADJUDGED AND DECREED** that PHD is also granted post judgment interest at the maximum rate allowed by law from the date of entry of this Consent Judgment until paid in full.

DATED: 2-5-010

_____
HONORABLE HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

HUSCH BLACKWELL SANDERS LLP

By:   s/Christopher J. Valeriote
      Christopher J. Valeriote, #119733
      190 Carondelet Plaza, Suite 600
      St. Louis, MO 63105
      Telephone: (314) 480-1500
      Facsimile: (314) 480-1505

*Attorneys for Plaintiff Priority Healthcare Distribution, Inc. d/b/a Curascript SD Specialty Distribution*

CENTRAL CAROLINA SURGICAL EYE ASSOCIATES, P.A.,
D/B/A SOUTHEASTERN EYE CENTER

By: _____
Its: _____
Date: 1/28/10

SLC-3451107-1

2